Raymond Alfred **BEAUDINE**, Petitioner-Appellant,

v.

**UNITED STATES of America,**
Respondent-Appellee.

No. 30771

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 5, 1971.

Raymond E. LaPorte, Ragano & LaPorte, Tampa, Fla., for petitioner-appellant.

Bernard H. Dempsey, Jr., Asst. U. S. Atty., Jacksonville, Fla., John L. Briggs, U. S. Atty., Roland H. Watson, Asst. U. S. Atty., Tampa, Fla., for respondent-appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

---

Geno Henry **BARBER**, Petitioner-Appellant,

v.

**UNITED STATES of America,**
Respondent-Appellee.

No. 30785

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 1971.

Rehearing Denied May 20, 1971.

Glenn Zell, Atlanta, Ga., for petitioner-appellant.

William J. Schloth, U. S. Atty., D. L. Rampey, Jr., Asst. U. S. Atty., Macon, Ga., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.